LANDMAN CORSI BALLAINE & FORD P.C.
One Gateway Center, Fourth Floor
Newark, New Jersey 07102-5388
(973) 623-2700
Attorneys for Defendant
Continental Casualty Company

UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

---

| | |
|---|---|
| CLIFFORD B. SINGER, ESQ., | CIVIL ACTION NO.: |
| | 2:07-cv-4638 |
| Plaintiff, | |
| | |
| v. | STIPULATION AND ORDER |
| | EXTENDING DEFENDANT'S |
| CONTINENTAL CASUALTY COMPANY, | TIME TO ANSWER OR |
| | OTHERWISE RESPOND |
| Defendant. | |

---

IT IS HEREBY STIPULATED AND AGREED by and between the attorneys for plaintiff and the attorneys for defendant that the time within which defendant may answer or otherwise respond to plaintiff's complaint is extended up to and including November 12, 2007.

PIEKARSKY & ASSOCIATES, LLC          LANDMAN CORSI BALLAINE & FORD P.C.
191 Godwin Avenue - Suite 9          One Gateway Center, 4th Floor
Wyckoff, NJ 07481                    Newark, NJ 07102-5311
Attorneys for Plaintiff              Attorneys for Defendant
Clifford B. Singer, Esq.             Continental Casualty Company

By: _____        By: _____
    Justin Walker                        Natalie Garcia

Dated: October 8, 2007

SO ORDERED:

_____
Harold A. Ackerman

418768.1 DocsNJ